# United States District Court
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v | § | CASE NO. 5:18-CR-2-RWS-CMC-1 |
| | § | |
| **JEFFREY ANDERSON** | § | |

## ORDER ADOPTING
## THE AMENDED REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-styled matter was referred to the Honorable Caroline Craven, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Craven conducted a hearing on July 11, 2018, in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued an Amended Report and Recommendation (document #49). Judge Craven recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement. She further recommended that the Court finally adjudge Defendant as guilty of Count 1 of the Indictment which charges a violation of 18 U.S.C. § 1791(a)(1), (b)(1), and (d)(1)(C), attempt to provide contraband in prison. The Court is of the opinion that the Amended Report and Recommendation should be accepted. It is accordingly **ORDERED** that the Amended Report and Recommendation of the United States Magistrate Judge (document #49) is **ADOPTED.** It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court. Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant **GUILTY** of Count 1 of the Indictment in the above-numbered cause and enters a **JUDGMENT**

**OF GUILTY** against the Defendant as to Count 1 of the Indictment.

**SIGNED this 17th day of July, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE